IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT CAMPEN,

        Plaintiff,

    v.

PORTLAND ADVENTIST
MEDICAL CENTER, dba Adventist
Health, an Oregon domestic non-profit
Corporation,
        Defendant.

No.　3:16-cv-00792-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation [21] on September 2, 2016, in which she recommends that this Court grant in part and deny in part Defendant's motion to dismiss Plaintiff's complaint. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings & Recommendation [21], and therefore, Defendant's Motion to Dismiss [10] is (1) granted as to Plaintiff's request under the ADA (First Claim) for injunctive relief regarding disabled persons generally; (2) denied as moot as to Plaintiff's claim under the ADA (First Claim) for injunctive relief personally; and (3) denied on the merits as to all remaining issues.

IT IS SO ORDERED.

DATED this \_\_\_\_5\_\_\_\_ day of \_\_\_\_Oct\_\_\_\_, 2016.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER